# ATTACHMENT 3

| | | |
|---|---|---|
| **BARBARA SMART,** Individually<br>and as Personal Representative of the Estate<br>of **MARCIUS D. MCFADDEN**, Deceased<br>12707 Eggleston Court<br>Upper Marlboro, MD 20772<br><br>*Claimants*<br>v.<br><br>**MEDSTAR WASHINGTON<br>HOSPITAL CENTER**<br>110 Irving Street, N.W.<br>Washington, D.C. 20010<br><br>**SERVE:**<br>C.T. Corporation<br>1015 15th Street, N.W., Suite 1000<br>Washington, D.C. 20005<br><br>*Health Care Providers.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **IN THE HEALTH CLAIMS<br>ALTERNATIVE DISPUTE<br>RESOLUTION OFFICE OF<br>MARYLAND**<br><br><br><br><br><br><br>HCADRO No. _____ |

\* \* \* \* \* \* \* \* \* \* \* \*

## CLAIMANTS' CERTIFICATE OF QUALIFIED EXPERT

I, Alexander Duncan, M.D. certify and attest as follows:

1. I am board certified in internal medicine, transfusion medicine and clinical pathology, and I am licensed to practice medicine in Georgia. I certify that, within five (5) years of the alleged acts or omissions giving rise to this cause of action, I have had clinical experience, provided consultation relating to clinical practice, and or/taught medicine in the field of coagulation medicine, in particular, I am currently the medical director of the Hemapheresis Unit and Special Coagulation Laboratory at Emory University Hospital. I further certify that I have clinical experience, provided consultation relating to clinical practice, and/or taught medicine relating to the development and progression as well as the prevention of blood clots, involving trauma patients.

2. In the previous twelve months, I have not devoted more than 25 percent of my professional activities to activities that directly involve testimony in personal injury claims.

3. I have reviewed the medical records relating to Mr. McFadden's treatment and care at MedStar Washington Hospital Center, and records from his subsequent home nursing care treatment.

RECEIVED
JUN 24 2021
HEALTH CARE
ALTERNATIVE DISPUTE
RESOLUTION OFFICE

SA

4. Based upon my review of this matter and upon my knowledge training and experience in the field of coagulation medicine, and as set forth more fully in the attached Report, it is my opinion to a reasonable degree of medical probability that MedStar Washington Hospital Center and Monica Pervali, M.D., breached the applicable standard of care in their treatment of Mr. McFadden in April 2019, and that these breaches of the standard of care caused injuries to Mr. McFadden, including but not limited to pulmonary embolism, and ultimately his death on July 1, 2019.

I certify that I have read this Certificate of Qualified Expert, and that it is true and correct to the best of my knowledge, information, and belief.

*Alexander Duncan, MD.*
Alexander Duncan, M.D.

Report on Marcius McFadden
DOB 3/20/1976.
Deceased 7/01/2019.
Alexander Duncan M.D.



RECEIVED
JUN 24 2021
HEALTH CARE
ALTERNATIVE DISPUTE
RESOLUTION OFFICE

Dear Mr. Keilty:

    I am a physician licensed in the state of Georgia since 1984. I am certified by the American Board of Clinical Pathology, American Board of Internal Medicine, and American Board of Transfusion Medicine. I am an Assistant Professor at Emory's School of Medicine's, Department of Pathology and Laboratory Medicine. My clinical area of expertise includes congenital and acquired hemostasis and thrombophilia, among other areas of medicine in the field of hematology.

    I reviewed the medical records from MedStar Washington Hospital Center, the home health records, and the Autopsy report.

Brief History:

    Marcius McFadden was a 43-year-old, African American male, with a body mass index of approximately 31. He was admitted to Medstar Washington Hospital on 4/26/2019 following a motorcycle accident. He was noted to have "road rash" skin injuries, a left hip dislocation with an acetabular fracture and open patellar fracture.

    Mr. McFadden underwent significant orthopedic repair for left hip dislocation, left posterior wall acetabular fracture, left knee traumatic arthrotomy, left type III open comminuted patella fracture, left type III open comminuted lateral femoral condyle fracture. Orthopedic trauma significantly increases the risk of DVT.

    Prior history of significance noted in the medical records included a DVT in 2005 related to a gunshot wound. The patient had been on Coumadin for approximately 10 years and had recently stopped. A patient with a prior history of DVT is at a greater risk of DVT occurrence than patients without a DVT history.

    Orthopedics requested recommendations of prophylactic versus therapeutic Lovenox. On April 28, 2019, Dr. Monica Peravali, the consulting hematologist, felt that the patient's risk profile warranted only prophylaxis for DVT prevention and not full dose anticoagulation – while simultaneously acknowledging "given expected immobilization following this extensive orthopedic surgery, he is at further risk for developing DVT. He was then placed on 30 mg of Lovenox twice daily for DVT prophylaxis – for only four weeks. There was no evaluation done, at any time, to consider an underlying thrombophilia etiology.

    He was reviewed and seen by plastic surgery for his skin issues after two debridement procedures. Mr. McFadden maintained the 30mg bid until his final discharge on 5/10/2019. His home discharge instructions included Lovenox 40 mg daily for DVT prophylaxis for 28 days only – *stop on 5/29/2019.*

SB

He was told to continue his ace wrap to keep his foot in a boot for protection. He was encouraged to mobilize if possible "due to blood clot risk."

His coagulation profile on 4/30/2019 revealed normal PT and APTT.

He was reviewed by Dr. Laura Tom for plastic surgery consultation only.

He was referred to the Medstar Visiting Nurse system for at least six weeks. All the home health notes refer to the patient's continued immobility.

He was reviewed as an outpatient by Orthopedics on 5/31/2019 and no mention is recorded on the medication list of any Lovenox therapy as he was told to discontinue the medication as of 5/29/2019. His was still wearing a knee immobilizer and boot on his foot. The home health visits of 5/24/2019 through 6/18/2019 refer to edema. All notes by Tiffany Scott the visiting home health professional, mention both his continued edema and need for ACE wraps. There is no mention anywhere in the home health records of him receiving any anticoagulant prophylaxis, after discontinuation on 5/29/2019.

On July 1, 2019, Mr. McFadden died of a pulmonary embolism resulting from a dislodged DVT that traveled to his lungs.

Opinion:

The health care providers, including but not limited to MedStar Washington Center and Dr. Peravali, failed to meet the standard of care resulting in the death of Mr. McFadden. The standard of care required continued anticoagulation and follow-up evaluation after his discharge from MedStar and significantly, after his Lovenox was discontinued on 5/29/2019.

This gentleman had a complicated medical history and presented with a significantly elevated risk for DVT. His risk profile included, African American, prior DVT in his late 20s, history of smoking, elevated BMI, significant orthopedic trauma, persistent edema, and anticipated prolonged immobilization. Mr. McFadden's risk profile merited more consideration, including consideration of an underlying thrombophilia risk with a DVT history.

Dr. Peravali breached the standard of care failing to provide appropriate long-term anticoagulation and in failing to refer Mr. McFadden back for further evaluation after short-term anticoagulation had been completed. Patient's with such complex orthopedic trauma and elevated risk profile, require anticoagulation lasting at least twelve weeks. These failures caused Mr. McFadden's pulmonary embolism, and premature death.

Mr. McFadden suffered conscious pain and suffering due to the pulmonary embolism and feeling of impending doom, prior to his death on July 1, 2019.

I hold these opinions based on a reasonable degree of medical certainty. I reserve the right to amend and/or modify these opinions based on additional materials reviewed.

Sincerely,

*Alexander Duncan*
Alexander Duncan, M.D.